

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-88,670-02

### EX PARTE JERRY WAYNE WATTS JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 15,400A IN THE 21ST DISTRICT COURT
### FROM BASTROP COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of assault on a member of the family or household and sentenced to ten years' imprisonment.

After an independent review of the record, we find that Applicant is not entitled to relief. Therefore, we deny relief. Applicant's claim for pre-sentence jail time credit is dismissed. *Ex parte Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010); *Ex parte Ybarra*, 149 S.W.3d 147, 148–49 (Tex. Crim. App. 2004).

Filed: October 10, 2018
Do not publish